ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Al-Rawdatain Company | ) ASBCA No. 59518 |
| | ) |
| Under Contract No. W91GFC-08-M-0799 | ) |

APPEARANCE FOR THE APPELLANT:            Mr. Zaid Falih Hassin

APPEARANCES FOR THE GOVERNMENT:       Raymond M. Saunders, Esq.
                                                                      Army Chief Trial Attorney
                                                                      Brian E. Bentley, Esq.
                                                                      Trial Attorney

ORDER OF DISMISSAL

By email dated 25 August 2014, Mr. Zaid Falih Hassin submitted a notice of appeal in the name of appellant which the Board docketed as ASBCA No. 59518. Mr. Hassin's email identified him as "Manager of company." By Order dated 17 September 2014, the Board directed appellant to either show that its representative meets the requirements of Board Rule 15(a) or designate a representative meeting those requirements by 2 October 2014. On 17 September 2014, Mr. Hassin submitted an email in response to the Board's 17 September 2014 Order. However, that response, and subsequent emails, did not address the Board's Rule 15 inquiry. After appellant failed to adequately respond to the Board's 17 September 2014 Order, the Board sent a second Order, by email dated 15 October 2014, directing a response by 5 November 2014. The 15 October 2014 Order indicated that if appellant did not comply by that date, the Board might dismiss the appeal without further notice to the parties.

Mr. Hassin's 16 November 2014 email was not responsive to the Board Orders described above. Without a representative meeting the requirements of Board Rule 15(a), the Board is unable to proceed. Accordingly, the appeal is dismissed.

Dated: 17 November 2014

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

PETER D. TING
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59518, Appeal of Al-Rawdatain Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2